UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

# Petition

| | |
|---|---|
| Plaintiff – <u>Ansera Benet Dupree Jr</u><br><br>Vs.<br><br>Defendant – <u>Harris County District Attorney</u> | Case: 1:23–cv–02468<br>Assigned To : Unassigned<br>Assign. Date : 8/17/2023<br>Description: Pro Se Gen. Civ. (F–DECK)<br><br>Case No. _____<br><br>No – Jury Trial |

<u>Intro</u> - I am suing Harris County District Attorney for Malicious Prosecution, my probable cause for this accusation is 18 United States Code Section 922(g) states " It shall be unlawful for any person – who has been adjudicated as a mental defective or who has been committed to a mental institution.", For Harris County dismissed criminal case number 20220811095732589, and emergency apprehension court order given by Harris County and Probate Court 4, and violation of civil rights. I am seeking Immunity or reversal from Texas Brady and involuntary Adjudication as mental defective.

<u>Scope 1</u> – I have made multiple attempts in pursuit to overturn the deferred adjudication as a mental defective in the state of Texas and have been unsuccessful. This has caused me to suffer from age 19 at the beginning of my adjudication to this current date. I have suffered wrongful from employment offers such as Loomis Security do to the inability to obtain a handgun license and 18 United Stated Code Section 922(g) although Texas law states deferred adjudication is a special kind of probation that gives you opportunity to keep your conviction off your criminal record, but then pursued to place me in a mental institution following the end of my deferred adjudication involuntarily hold me ineligible under 18 United States Code Section 922(g) federally to obtain a firearms license.

<u>Scope 2</u> – I am age 31 now and my previous ASVAB scores were a 53, I will soon be ineligible to join United States Army, although there is still a chance I can apply to Pacific West Academy (<u>Executive Protection Training | Pacific West Academy (pwa.edu)</u>. I have not been convicted of any misdemeanor or felony in the state of Texas or any type of drug conviction.

<u>Relief</u> – I am seeking Immunity from Texas Brady Law so I am full eligible under Texas State and Federal Law to <u>purchase</u> a "<u>Firearms License</u>" under 18 United States Code Section 922(g) 5million USD in punitive money damages, such as Firearms License Application, Security License, Private Investigator License, unlawful job offer denials involving firearms, against Harris County, Probate Court 4, Texas Department of Public Safety, Judge James Horwitz, and my emotional pain and stress to file my case.

x Ansera Benet Dupree Jr.
x A. B. Dupree Jr.
13323 Biracall Ln
Cypress, TX 77429
Anserajr88@gmail.com
(281) 541-6889